IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE OHIO CASUALTY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  v.<br><br>ASHBURY GENERAL CONTRACTING AND ENGINEERING, et al.,<br><br>        Defendants.<br>_____/ | No. C 13-0060 RS<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING ON SUMMARY JUDGMENT MOTION** |

Counsel for the two remaining defendants in this action has requested to appear telephonically at the Case Management Conference presently scheduled for March 20, 2014 at 1:30 p.m. Plaintiff, however, has brought a motion for summary judgment, set to be heard on the same day and at the same time. Defendants filed no opposition to the motion for summary judgment, and the time for doing so has expired. Accordingly, good cause appearing, the motion for summary judgment will be submitted without oral argument, pursuant to Civil Local Rule 7-1(b) and the hearing set for March 20, 2014 is vacated. The Case Management Conference is likewise vacated, and will be reset only in the event the motion for summary judgment is denied.

1  IT IS SO ORDERED.

2  Dated: 3/5/14

3  _____
   RICHARD SEEBORG
   UNITED STATES DISTRICT JUDGE