IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OHIO CASUALTY INSURANCE CO., | No. CV 13-00060 RS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ASHBURY GENERAL CONTRACTING AND ENGINEERING, et. al., | |
| Defendant. | |

Pursuant to the order entered this date granting plaintiff's motion for summary judgment, the Court hereby enters judgment in in the amount of $403,474.28 against defendants John Kim and Kin Michelle Dea and in favor of plaintiff Ohio Casualty Insurance Company.

IT IS SO ORDERED.

DATED:  4/16/14

_____
RICHARD SEEBORG
United States District Judge

No. CV 13-00060 RS
JUDGMENT